IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID ELIJAH BOWERS, JR.,

                    Petitioner,

     v.

Warden WILLIAM POLLARD,
Security Director PETER ERICKSEN,
Correctional Officer L.T. MARK LESATZ,
Correctional Officer TRAVIS S. CAUL,
District Attorney JOHN P. ZAKOWSKI,
Public Official DONALD ZULDMULDER,
State Agent NINUKA CANADY,
State Supervisor SARAH WATSON,
Assist. Attorney General FRANCIS X. SULLIVAN,
Public Official PAUL R. VAN GRUNSVEN,
Public Official MARK J. MCGINNIS,
Warden MICHAEL THURMER,
Security Director DON STRAHOTA and
Deputy Warden MICHAEL MEISNER,

                    Respondents.

ORDER

09-cv-52-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In this case, petitioner has been directed to submit by March 19, 2009, an initial partial payment of the $350 filing fee in the amount of $1.72. The court has not received petitioner's initial partial payment. Instead plaintiff has filed a motion to voluntarily dismiss

1

this case. I will grant his motion.

## ORDER

IT IS ORDERED that plaintiff's motion to voluntarily dismiss this case, dkt. # 12, is DENIED. The clerk of court is directed to close this case and insure that the court's financil records reflect that petitioner does not owe the $350 filing fee.

Entered this 11th day of March, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge