IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID ELIJAH BOWERS, JR.,

                Petitioner,

v.

Warden WILLIAM POLLARD,
Security Director PETER ERICKSEN,
Correctional Officer L.T. MARK LESATZ,
Correctional Officer TRAVIS S. CAUL,
District Attorney JOHN P. ZAKOWSKI,
Public Official DONALD ZULDMULDER,
State Agent NINUKA CANADY,
State Supervisor SARAH WATSON,
Assist. Attorney General FRANCIS X. SULLIVAN,
Public Official PAUL R. VAN GRUNSVEN,
Public Official MARK J. MCGINNIS,
Warden MICHAEL THURMER,
Security Director DON STRAHOTA and
Deputy Warden MICHAEL MEISNER,

                Respondents.

ORDER

09-cv-52-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In my March 11, 2009 order in this case, I stated in the body of the decision that I was granting plaintiff's motion to voluntarily dismiss this case. However, the order section inadvertently stated that the motion was denied. Therefore, I am vacating the March 11,

1

2009 order and granting petitioner's motion to voluntarily dismiss his case.

## ORDER

IT IS ORDERED that:

1. The March 11, 2009 order in this case is VACATED.

2. Petitioner's motion to voluntarily dismiss this case, dkt. # 12, is GRANTED.

Entered this 19th day of March, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2